IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VINDOLOR, LLC,<br>    *Plaintiff* | § § § § | |
| -vs- | § § | W-18-CV-00105-ADA |
| EUROMARKET DESIGNS INC, ET AL<br>    *Defendants* | § § § | |

## ORDER OF DISMISSAL

On this day, the Court considered the Joint Motion to Dismiss, filed by Plaintiff, Vindolor, LLC ("Vindolor"), and Defendant, Euromarket Designs Inc. d/b/a Crate & Barrel ("Euromarket Designs"), (Dkt. 34), and finding that the motion has merit, hereby **GRANTS** the motion and **ORDERS** as follows:

1. All claims asserted by Vindolor against Euromarket Designs are hereby **DISMISSED WITH PREJUDICE**.

2. All attorney's fees, costs of court and expenses shall be borne by the incurring party.

3. The Court retains jurisdiction over this action to enforce the terms of the resolution between the Parties.

**SIGNED** this 29th day of November, 2018.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE