

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **VINDOLOR, LLC,**<br><br>    Plaintiff<br><br>v.<br><br>**EUROMARKET DESIGNS INC. D/B/A CRATE & BARREL,**<br><br>    Defendant | Case No. 6:18-cv-00105-RP-JCM<br><br>**JURY TRIAL DEMANDED** |
| **VINDOLOR, LLC,**<br><br>    Plaintiff<br><br>v.<br><br>**SPEC's FAMILY PARTNERS, LTD,**<br><br>    Defendant | Case No. 6:18-cv-00107-RP-JCM<br><br>**JURY TRIAL DEMANDED** |
| **VINDOLOR, LLC,**<br><br>    Plaintiff<br><br>v.<br><br>**RETAIL SERVICES & SYSTEMS, INC. D/B/A TOTAL WINE & MORE,**<br><br>    Defendant | Case No. 6:18-cv-00108-RP-JCM<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

On this day, the Court considered the Stipulation of Voluntary Dismissal filed by Plaintiff, Vindolor, LLC ("Vindolor") and Defendant, Retail Services & Systems, Inc. d/b/a Total Wine & More ("RSSI") and finding that the motion has merit, hereby GRANTS the motion and ORDERS as follows:

1. All claims asserted by Vindolor against **Defendant Retail Services & Systems, Inc. d/b/a Total Wine & More, Case No. 6:18-cv-00108-RP-JCM** are hereby DISMISSED WITH PREJUDICE.

2. All attorneys' fees, costs of court and expenses shall be borne by the incurring party.

It is SO ORDERED this 29th day of November, 2018.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE