UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
DEC 06 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| VINDOLOR, LLC,<br><br>Plaintiff<br><br>v.<br><br>EUROMARKET DESIGNS INC.<br>D/B/A CRATE & BARREL,<br><br>Defendant | Case No. 6:18-cv-00105-RP-JCM<br><br>JURY TRIAL DEMANDED |
| VINDOLOR, LLC,<br><br>Plaintiff<br><br>v.<br><br>SPEC's FAMILY PARTNERS, LTD,<br><br>Defendant | Case No. 6:18-cv-00107-RP-JCM<br><br>JURY TRIAL DEMANDED |
| VINDOLOR, LLC,<br><br>Plaintiff<br><br>v.<br><br>RETAIL SERVICES & SYSTEMS,<br>INC. D/B/A TOTAL WINE &<br>MORE,<br><br>Defendant | Case No. 6:18-cv-00108-RP-JCM<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

On this day, the Court considered the Joint Motion to Dismiss filed by Plaintiff, Vindolor, LLC ("Vindolor"), and Defendant, Spec's Family Partners, LTD ("Spec's"), and finding that the motion has merit, hereby GRANTS the motion and ORDERS as follows:

1. All claims asserted by Vindolor against Spec's are hereby DISMISSED WITH

PREJUDICE.

2. All claims and counterclaims asserted by Spec's against Vindolor are hereby DISMISSED WITH PREJUDICE.

3. All attorneys' fees, costs of court and expenses shall be borne by the incurring party.

4. The Court retains jurisdiction over this action to enforce the terms of the resolution between the Parties.

SIGNED this 6th day of December, 2018

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE